UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TOTAL STEEL SERVICES, LLC *et al.*,<br><br>Defendants. | Case No.: 3:23-cv-444-SMY |

## STIPULATED JUDGMENT AND DISMISSAL ORDER

Pursuant to a stipulation by and between the parties, judgment is hereby entered in favor of Plaintiffs, the Board of Trustees of the Iron Workers St. Louis District Council Pension Trust, the Board of Trustees of the Iron Workers St. Louis District Council Annuity Trust, and the Board of Trustees of the Iron Workers St. Louis District Council Welfare Plan (Collectively, "Boards of Trustees"); Iron Workers Local No. 392 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 392"); Iron Workers Local No. 396 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 396"); and Iron Workers Local No. 782 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 782") (collectively, "Plaintiffs") and against Defendant Total Steel Services, LLC, in the amount of $575,419.67, itemized as follows:

1. $274,501.15 in contributions, $82,507.77 in liquidated damages, $78,017.11 in interest, and $127,249.43 in attorneys' fees and costs to the Boards of Trustees.

2. $7,966.01 in work assessments, payroll deductions, and contributions to Local 392.

3. $2,045.17 in work assessments, payroll deductions, and contributions to Local 396.

4. $2,970.08 in in work assessments, payroll deductions, and contributions and $162.95 in

liquidated damages to Local 782.

The Plaintiffs' claims against Defendants Ronald Stork, Joan Stork, Kenneth Helmick and John Raney are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED:**

**STACI M. YANDLE**
**United States District Judge**

**Agreed and So Stipulated:**

/s/ Adam Y. Decker                    Date: July 25, 2025
Adam Y. Decker (Bar No. 3640753IN)
JOHNSON & KROL, LLC
*One of Plaintiffs' Attorneys*

/s/ T. Christopher Bailey (with permission)    Date: July 25, 2025
T. Christopher Bailey, #6271580
UB GREENSFELDER LLP
*One of Defendants' Attorneys*