IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST et al., | ) ) ) ) |
| Plaintiffs, | ) Case No. 23-cv-444-SMY ) |
| vs. | ) ) |
| TOTAL STEEL SERVICES, LLC et al. | ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 72), Judgment is entered in favor of Plaintiffs, the Board of Trustees of the Iron Workers St. Louis District Council Pension Trust, the Board of Trustees of the Iron Workers St. Louis District Council Annuity Trust, and the Board of Trustees of the Iron Workers St. Louis District Council Welfare Plan (collectively, "Boards of Trustees"); Iron Workers Local No. 392 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 392"); Iron Workers Local No. 396 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 396"); and Iron Workers Local No. 782 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local 782") (collectively, "Plaintiffs") and against Defendant Total Steel Services, LLC, in the amount of $575,419.67, itemized as follows:

1. $274,501.15 in contributions, $82,507.77 in liquidated damages, $78,017.11 in interest, and $127,249.43 in attorneys' fees and costs to the Boards of Trustees.

2. $7,966.01 in work assessments, payroll deductions, and contributions to Local 392.

3. $2,045.17 in work assessments, payroll deductions, and contributions to Local 396.

4. $2,970.08 in in work assessments, payroll deductions, and contributions and $162.95 in liquidated damages to Local 782.

Plaintiffs' claims against Defendants Ronald Stork, Joan Stork, Kenneth Helmick, and John Raney are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: July 25, 2025**

                                          MONICA STUMP,
                                          Clerk of Court

                                          **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**